JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### EASTERN DIVISION

| | |
|---|---|
| HUNG T. NGUYEN,<br><br>Petitioner,<br><br>v.<br><br>MARKWAYNE MULLIN et al.,<br><br>Respondents. | Case No. 5:26-cv-00963-KK-DFM<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of the United States Magistrate Judge,

IT IS ADJUDGED that:

1.     The Petition for Writ of Habeas Corpus is GRANTED IN PART.

2.     Respondents are permanently enjoined from re-detaining Petitioner without timely following the procedures in 8 C.F.R. §§ 241.13 and 241.4.

Date: May 15, 2026

_____
KENLY KIYA KATO
United States District Judge